

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2020
```

September 30, 2020

**VIA ECF**

The Honorable Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Surgicare of Manhattan v. Cigna Health and Life Ins. Co., No. 20-6239

Your Honor:

This law firm represents Defendant Cigna Health and Life Insurance Co. in the above-referenced matter. Defendant respectfully requests an extension of time until November 9, 2020 to answer or otherwise respond to Plaintiff's Complaint, which was due to be filed on September 11, 2020. This law firm was retained last week to handle this matter on behalf of Cigna, which was unaware of the filing of the Complaint in this action until Plaintiff's counsel kindly reached out to the undersigned.

Accordingly, Defendant requires additional time to assess the claim and respond accordingly. Moreover, this extension would impact the upcoming initial pretrial conference, which is currently scheduled on October 21, 2020. Accordingly, Defendant also respectfully requests that the initial pretrial conference be adjourned until after Defendant has responded to the Complaint, on such date the Court sees fit.

Plaintiff's counsel consents to both of these requests.

We thank Your Honor for your kind consideration of this matter. Please do not hesitate to have the Court's staff contact me with any questions or if we may be of any service to the Court whatsoever.

Respectfully submitted,

s/ E. Evans Wohlforth, Jr., Esq.

GRANTED. By **November 9, 2020**, Defendant shall answer or otherwise respond to the complaint. The initial pretrial conference scheduled for October 21, 2020, is ADJOURNED to **November 18, 2020**, at **11:20 a.m.** By **November 11, 2020**, the parties shall file their joint letter and proposed case management plan. The parties are directed to dial 888-398-2342 or 215-861-0674, and use access code 5598827.

SO ORDERED.

Dated: October 2, 2020
New York, New York

ANALISA TORRES
United States District Judge